**No. 09-400. Vincent E. Staub, Petitioner v. Proctor Hospital.**

559 U.S. 1066, 130 S. Ct. 2089, 176 L. Ed. 2d 720, 2010 U.S. LEXIS 3333.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 560 F.3d 647.